GARY L. RAINSDON
BANKRUPTCY TRUSTEE
P.O. BOX 506
TWIN FALLS, ID  83303
PHONE:  (208) 734-1180
FAX:  (208) 734-2783
trustee@filertel.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 20-40017-JMM |
| Maritta Fern Fitzpatrick, | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

### Motion for Extension of Time to File Motion to Dismiss or
### Complaint Objecting to Discharge

> No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.
>
> Hearing on Objection.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW, Gary L. Rainsdon, the Trustee in the above identified bankruptcy

case, and pursuant to Bankruptcy Rule 1017(e), 4004(b), and 9006 (b) moves this Court

for the entry of an order extending the time for filing a motion to dismiss or complaint

objecting to discharge, and for a delay in the issuance of discharge of the above-

1

captioned debtor.  This motion is made upon the grounds and for the following reasons that:

1. The next scheduled Meeting of Creditors is set for April 17, 2020, which is after the deadline to object to the Debtor's discharge.

2. Debtor has represented to Trustee that she has had urgent family responsibilities which have kept her from attending scheduled Meetings of Creditors, held on February 10, 2020, and March 9, 2020.

3. Trustee still needs to question the Debtor and verify her identity, before he can decide whether or not to object to entry of a discharge or seek dismissal of the case.

WHEREFORE, the Trustee requests the entry of an order granting an extension of the April 10, 2020 deadline to file a motion to dismiss or complaint objecting to discharge until July 9, 2020.  The Trustee further requests that the issuance of a discharge be delayed until July 9, 2020.

Dated this 1st day of April, 2020.

/s/
Gary L. Rainsdon, Trustee

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on April 1, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- US Trustee    ustp.region18.bs.ecf@usdoj.gov
- Kameron M Youngblood    youngbloodlaw@gmail.com, youngbloodlawecfnotice@gmail.com;G29963@notify.cincompass.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:
Via First Class mail, postage prepaid addressed as follows:

Maritta Fitzpatrick
254 Sidney St.
Twin Falls, ID 83301

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

    None

Via certified mail, return receipt requested, addressed as follows:

    None

By:     /s/
    Gary L. Rainsdon, Trustee

3